**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7411**

---

ROBERT ALLEN SARTORI,

                                        Petitioner - Appellant,

        versus

RANDY LEE; MICHAEL F. EASLEY,

                                        Respondents - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Graham C. Mullen, Chief District Judge. (CA-99-135-1-02-MU)

---

Submitted: February 22, 2001          Decided: March 1, 2001

---

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Robert Allen Sartori, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Robert Allen Sartori seeks to appeal the district court's order denying relief on his Fed. R. Civ. P. 60(b) motion to reconsider a prior order denying relief on his petition filed pursuant to 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Sartori's motion to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. <u>Sartori v. Lee</u>, No. CA-99-135-1-02-MU (W.D.N.C. Sept. 22, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>